UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

THERESA GARDNER,

                                          Plaintiff,

                     -against-

THE CITY OF NEW YORK, N.Y.C POLICE OFFICER
BRIAN POLLOCK, SHIELD #2711, AND "JOHN DOE,"
EACH SUED INDIVIDUALLY AND IN HIS OFFICIAL
CAPACITY,

                                         Defendants.

------------------------------------------------------------------- x

**STIPULATION OF DISMISSAL AND DISCONTINUANCE**

08 CV 1135 (JSR)

       **WHEREAS,** plaintiff Theresa Gardner commenced this action by filing a complaint on or about February 4, 2008, alleging that certain of her constitutional rights were violated; and

       **WHEREAS,** defendants have denied any and all liability arising out of plaintiff's allegations; and

       **WHEREAS,** the parties now desire to resolve certain issues raised in this litigation, without further proceedings and without admissions of fault or liability;

       **WHEREAS,** the individual identified in the caption of the complaint as N.Y.C. Police Officer Brian Pollock was not assigned to the area in question at the time of the alleged incident;

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-13-08

IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the respective parties herein, that all claims that were or could have been asserted on behalf of plaintiff Theresa Gardner as against N.Y.C. Police Officer Brian Pollock, in the above entitled proceeding are hereby dismissed and discontinued with prejudice and without attorneys' fees or costs to any party.

Dated: New York, New York
April 17, 2008

Steven Hoffner, Esq.
Attorney for Plaintiff
350 Broadway, Suite 1105
New York, New York 10013

By: _____
Steven Hoffner, Esq.
SH - 0585

MICHAEL A. CARDOZO
Corporation Counsel of the City of New York
Attorney for Defendant City of New York
100 Church Street, Room 3-208
New York, New York 10007
(212) 788-1895

By: _____
Jessica T. Cohen (JC 0044)
Assistant Corporation Counsel

SO ORDERED:

_____
JED S. RAKOFF, U.S.D.J.
5-12-08

2